IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAURIELYNN FRANCESE,

    Plaintiff,

vs.

                                  CIV. NO. 1:23-cv-00791-KRS

KILOLO KIJAKAZI,
**Acting Commissioner of
Social Security,**

    Defendant.

## ORDER

Defendant, the Acting Commissioner of Social Security (Commissioner), by and through her counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

                                                United States Magistrate Judge
                                                Kevin R. Sweazea

---

[1] The Court will enter a separate judgment pursuant to Federal Rule of Civil Procedure 58.

Submitted by:

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Filed Electronically 11/14/23*
MARGARET SOBOTA
Special Assistant United States Attorney

ATTORNEYS FOR DEFENDANT


Approved by:

/s/ *Electronically approved on 11/14/23*
Laura Joellen Johnson

ATTORNEY FOR PLAINTIFF